# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151430

ALEXANDER FIGURSKI, Minor, by his
Conservator, HOWARD LINDEN,
        Plaintiff-Appellee,

v

SC: 151430
COA: 319086
Livingston CC: 11-026468-NH

TRINITY HEALTH-MICHIGAN, d/b/a SAINT
JOSEPH MERCY LIVINGSTON HOSPITAL,
WILLIAM BRADFIELD, M.D., and
CATHERINE McAULEY HEALTH
SERVICES CORPORATION, a/k/a SAINT
JOSEPH MEDICINE FACULTY ASSOCIATES,
a/k/a SAINT JOSEPH MERCY PRIMARY
CARE,
        Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the March 5, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2016


Clerk

d0329